IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

ROBYN L. SUMMIT,

Plaintiff,

vs.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

Defendant.

Case No. 6:16-cv-01193-SU
**ORDER**

AIKEN, District Judge:

Magistrate Judge Sullivan filed her Findings and Recommendation ("F&R") on 7/13/2017 (doc. 20). The matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's F&R, the district court must make a *de novo* determination of that portion of the magistrate judge's report. *See* 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines, Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert denied*, 455 U.S. 920 (1982).

Plaintiff filed timely objections to the F&R (doc. 25), and the Commissioner has filed a response (doc. 26). Thus, I review the F&R *de novo*.

I find no error and concur with Magistrate Judge Sullivan's thorough analysis of the factual and legal issues in this case.

Therefore, I adopt Magistrate Judge Sullivan's F&R (doc. 20) in its entirety. The decision of the Commissioner is AFFIRMED, and this case is dismissed.

IT IS SO ORDERED.

Dated this 28th day of August, 2017.

Ann Aiken
United States District Judge